B-04-CV-151

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 27 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NO.: 1:03CR00735-001 |
| ) | |
| ) | |
| ) | |
| Jaime Manuel Morales-Cervantes ) | CCA/EDC P.O. BOX 605, Eden, Tx 768:7 |
| MOVANT (Full name of movant) ) | PLACE OF CONFINEMENT |

(If movant has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

MOTION UNDER 28 U.S.C., SECTION 2255, TO VACATE, SET ASIDE, OR CORRECT SENTENCE
BY A PERSON IN FEDERAL CUSTODY

<u>INSTRUCTIONS - READ CAREFULLY</u>

1. This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

4. If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5. Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

6. Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

8. Did you appeal from the judgment of conviction?

   Yes ( )      No (##)

9. If you did appeal, answer the following:

   (a) Name of court: N/A

   (b) Result: N/A

   (c) Date of result: N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

    Yes ( )      No (##)

11. If your answer to 10 was "yes", give the following information:

    (a) (1) Name of court: N/A

        (2) Nature of proceeding: N/A

        (3) Grounds raised: N/A

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ( )      No (##) N/A

        (5) Result: N/A

        (6) Date of result: N/A

    (b) As to any second petition, application or motion, give the same information:

        (1) Name of court: N/A

-3-

(2) Nature of proceeding: N/A

(3) Grounds raised: N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes   ( )        No      (###)  N/A

(5) Result: N/A

(6) Date of result: N/A

(c) As to any third petition, application or motion, give the same information:

(1) Name of court: N/A

(2) Nature of proceeding: N/A

(3) Grounds raised: N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes   ( )        No      (###)

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

    (1) First petition, etc.        Yes ( )    No   (###)
    (2) Second petition, etc.       Yes ( )    No   (###)
    (3) Third petition, etc.        Yes ( )    No   (###)

-4-

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_Indigent, lack of legal knowledge, no adequate legal help._

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

   CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you <u>should raise in this motion all available grounds</u> (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

<u>DO NOT CHECK ANY OF THESE LISTED GROUNDS</u>. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

   (b) Conviction obtained by use of coerced confession.

   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

   (e) Conviction obtained by a violation of the privilege against self-incrimination.

   (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

   (g) Conviction obtained by a violation of the protection against double jeopardy.

   (h) Conviction obtained by action of a grand or petit jury which was unconstituionally selected and impanelled.

   (i) Denial of effective assistance of counsel.

   (j) Denial of right of appeal.

A. Ground one: <u>**INEFFECTIVE COUNSEL (Strickland v. Washington. 466 U.S. 668, 686 (1984)**</u>

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): Counsel failed to fully investigate my claims and made many errors or omissions and constituted a failure to exercise the skill and judgement of reasonably competent attorney, and that counsel deficient performance prejudiced Defendant by not filing my motions, investigations, and my supporting facts that would have given me a fair and just defense.

B. Ground two: **Whether District Court used a fact necessary for for an upward departure from statutory standard sentencing range and if if this enhancement violated his 6th Amendment rights in accordance to (Blakely V. Wash. U.S.S.C June 24, 0**

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law)

I was given and enhancement of two points for being on a Marine vessel. My enhancement was unconstitutional and not proven by a jury of my peers. I was neither the captain nor did I have a voice in what was going on in this crime that was committed. **(Please see attached Blakely v. Wash. U.S.S.C. Ruling)**

C. Ground three: **Minimum participant**

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): I was lied to and coerced into a certain of participation. I was not a innocent participant but I had very minimum participation into what was occuring. I believe that I should be given a two point downward departure because of my minimum role in this offense.

Per Supreme Court holding in <u>HAINES V. KERNER</u> defendant requests that Honorable court construe his pleadings with a more liberal standard because of his pro-se status and his incarceration.

D. Ground four: Petitioner is eligible for application of "Safety-Valve"

Supporting FACTS (tell your story briefly without citing cases or law): The Court is free to impose a sentence in light of the "safety-valve" if the Defendant truthfully provided all information and evidence regarding the instant offense, Which Defendant did truthfully. Defendant is a non-violent first-time offender which played a Minor role in this offense. Defendant made a good will effort to to cooperate with the government. Defendant did not supervise anyone.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

U.S. V. Restrepo states that, " A defendant may get a downward departure due to his deportability and harsher treatment than U.S. Citizens".

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

   Yes ( )     No (###)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing: Ignacio Tortella

   (b) At arraignment and plea: Ignacio tortella

   (c) At trial: NO TRIAL

-7-

(d) At sentencing: Ignacio Tortella Federal Public Defender

(e) On appeal: N/A

(f) In any post-conviction proceeding: N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

    Yes ( )      No (###)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ( )      No (###)

    (a) If so, give name and location of court which imposed sentence to be served in the future: N/A

    (b) And give date and length of sentence to be served in the future: _____

    N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ( )      No (###)

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Pro-Se
_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 8/19/01 (date)

_____
Signature of Movant

-8-