IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Brownsville__ DIVISION

2

__Jaime Manuel Morales-Cervantes__
Plaintiff's name and ID Number

B-04-CV-151

__CCA/EDC P.O. Box 605 Eden TX 76837__
Place of Confinement

CASE NO. __1:03CR00735-001__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

__U.S. District Court of Texas Brownsville Division__
Defendant's name and address

I, __Jaime Manuel Morales-Cervantes__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor. I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment        Yes☐ No☒
   b. Rent payments, interest or dividends?               Yes☐ No☒
   c. Pensions, annuities or life insurance payments?     Yes☐ No☒
   d. Gifts or inheritances?                              Yes☐ No☒
   e. Family or friends?                                  Yes☒ No☐
   f. Any other sources?                                  Yes☒ No☐

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any trust or prison accounts?
   Yes☐        No☒
   If you answered YES, state the total value of the items owned.

   _____
   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☒

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __17th__ day of __August__, 2004.

    X _____   _2688I-179_
       Signature of Plaintiff     ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).

Revised 6/97