UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 8 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JAIME MANUEL MORALES-CERVANTES | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-151 |
| | § | CRIM. NO. B-03-735-01 |
| UNITED STATES OF AMERICA | § | |
| Respondent. | § | |

United States District Court
Southern District of Texas
ENTERED

SEP 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### ORDER

The Petitioner's Application to Proceed In Forma Pauperis (Docket Entry No. 2) is hereby GRANTED. Let the Petitioner proceed without prepayment of costs or fees or the necessity of giving security therefor.

In addition, the Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Docket Entry No. 1) by November 7, 2004. Said response shall include a transcript of the plea and sentencing record.

IT IS SO ORDERED.

DONE in Brownsville, Texas this 8th day of September, 2004.

Felix Recio
United States Magistrate Judge