**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

**3. Article Addressed to:**
Mr. Jaime Manuel Morales-Cervantes
Reg. No. 26881-179
Eden Detention Center
P O Box 605
Eden, TX   76837

CA B04-151   (2/22/05 R&R)

**4a. Article Number**
7003 1680 0006 5214 1710

**4b. Service Type**
☐ Registered      ☑ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

**7. Date of Delivery**
2-28-05

**5. Received By: (Print Name)**
Uary

**6. Signature: (Addressee or Agent)**
X

**8. Addressee's Address** (Only if requested and fee is paid)

PS Form 3811, December 1994              Domestic Return Receipt